UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD, | No. 2: 14-cv-0650 KJN P |
| Petitioner, | |
| v. | ORDER |
| ATTORNEY GENERAL OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

Rule 4 of the Rules Governing Section 2254 Cases allows a district court to dismiss a petition if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court ...."  Rule 4, Rules Governing Section 2254 Cases; see also White v. Lewis, 874 F.2d 599, 602–03 (9th Cir. 1989) (meritorious motions to dismiss permitted under Rule 4); Gutierrez v. Griggs, 695 F.2d 1195, 1198 (9th Cir. 1983) (Rule 4 "explicitly

1 allows a district court to dismiss summarily the petition on the merits when no claim for relief is
2 stated"). However, a petition for writ of habeas corpus should not be dismissed without leave to
3 amend unless it appears that no tenable claim for relief can be pleaded were such leave granted.
4 Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971). "Summary dismissal is appropriate only where
5 the allegations are vague [or] conclusory or palpably incredible, ... or patently frivolous or false."
6 Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (internal quotations and citations
7 omitted).

Petitioner does not identify the conviction he is challenging. Instead, petitioner alleges that the Office of the Attorney General has denied him relief from an unlawful conviction and unlawful conditions of confinement. To the extent petitioner challenges conditions of confinement, and seeks money damages, his claims should be raised in a civil rights action brought pursuant to 42 U.S.C. § 1983.

Because petitioner does not identify the conviction he is challenging, the petition is dismissed with leave to amend. If petitioner files an amended petition, he must identify the challenged conviction. Petitioner must also clearly state the grounds on which he is challenging the validity of his conviction.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. The petition is dismissed with thirty days to file an amended petition; failure to file an amended petition will result in a recommendation of dismissal of this action.

Dated: March 25, 2014

Hub650.scr

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2